[No. 65995-2-I.   Division One.   March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ARON DEMMON, *Appellant*.

*Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 66015-2-I.   Division One.   March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SADIE A. HUNTOON, *Appellant*.

*Affirmed* by unpublished opinion per Leach, J., concurred in by Dwyer, C.J., and Grosse, J.

[No. 66018-7-I.   Division One.   March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. SHIRLEY ANN LOVERN, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Cox and Spearman, JJ.

[No. 66038-1-I.   Division One.   March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT TAYLOR, JR., *Appellant*.

*Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Spearman, JJ.